| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**HUNTON & WILLIAMS LLP**<br>Richard P. Norton (RN-2231)<br>Scott H. Bernstein (SB-8966)<br>200 Park Avenue, 53rd Floor<br>New York, New York 10166-0136<br>Telephone:  (212) 309-1000<br>Facsimile:   (212) 309-1100<br>E-mail:  rnorton@hunton.com<br>         sbernstein@hunton.com<br><br>*Counsel to C.R. Bard, Inc., Davol, Inc. and Bard Peripheral Vascular, Inc.* | |
|---|---|
| In Re:<br><br>BAYONNE MEDICAL CENTER,<br><br>        Debtor. | Chapter 11<br><br>Case No.:  07-15195 (MS) |
| BAYONNE MEDICAL CENTER,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., DAVOL INC. and BARD PERIPHERAL VASCULAR INC.<br><br>        Defendants. | Adv. No.:  09-01636 |

## **DECLARATION OF SERVICE**

I, Scott H. Bernstein, hereby declare, pursuant to 28 U.S.C. § 1746, that on May 28, 2009, I caused a true and complete copy of the *Answer with Affirmative Defenses to Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550* to be served via U.S. Postal Service First Class mail, postage prepaid and e-mail upon the following counsel to Bayonne Medical Center:  Erin Kennedy, Esq. and Dipesh Patel, Esq., Forman Holt Eliades &

2

Ravin LLC, 80 Route 4 East, Suite 290, Paramus, New Jersey 07652.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
May 28, 2009

/s/ Scott H. Bernstein
Scott H. Bernstein

2